UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 09-cv-212 JMR/JJK

| | |
|---|---|
| Linda L. Meyer,<br><br>　　　　　Plaintiff,<br>v.<br><br>Valentine & Kebartas, Inc., Mr. Johnston, Vicky, Mr. Burt, Mr. Bertino, Miss Brown, and Mrs. Davis,<br><br>　　　　　Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** by the Plaintiff that this lawsuit may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto as to Defendants.

Dated: August 3, 2009        By:　*/s/ Michael G. Phillips*
　　　　　　　　　　　　　　　Michael G. Phillips
　　　　　　　　　　　　　　　**PHILLIPS LAW, PLLC**
　　　　　　　　　　　　　　　MN Attorney I.D. No. 0290105
　　　　　　　　　　　　　　　270 Grain Exchange Bldg. North
　　　　　　　　　　　　　　　301 Fourth Avenue South
　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　Telephone: (612) 677-8300
　　　　　　　　　　　　　　　Facsimile: (612) 339-1516
　　　　　　　　　　　　　　　phillipslaw@comcast.net

　　　　　　　　　　　　　　　Thomas J. Lyons, Jr.
　　　　　　　　　　　　　　　**CONSUMER JUSTICE CENTER, P.A.**
　　　　　　　　　　　　　　　MN Attorney I.D.  No. 0249646
　　　　　　　　　　　　　　　367 Commerce Court
　　　　　　　　　　　　　　　Vadnais Heights, MN 55127

Telephone: (651) 770-9707
Facsimile: (651) 704-0907
tommycjc@aol.com

**ATTORNEYS FOR PLAINTIFF**